■ (A) JASON MINNICK et al., Copartners Doing Business as FORT ORANGE REALTY, Plaintiffs, v. JOHN QUADRINI, Defendant. (B) IRMGARD A. REGA et al., Respondents, v. PAUL FARLEY, Appellant. (C) In the Matter of the Estate of ANNA D. SLOVER, Deceased. (D) TIBBETTS CONTRACTING CORPORATION, Plaintiff, v. HOWARD R. DAVIS et al., Defendants. (E) In the Matter of the Claim of JAMES BLUE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (F) In the Matter of the Claim of MAX FELDMAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (G) In

the Matter of the Claim of JACOB FISCHER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (H) In the Matter of the Claim of BESSIE GOUDIS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (I) In the Matter of the Claim of CARMELA M. GRIPPO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (J) In the Matter of the Claim of CHARLOTTE MOSES, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (K) In the Matter of the Claim of CELIA OJEDA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (L) In the Matter of the Claim of LOUIS POIO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (M) In the Matter of the Claim of PATRICIA ROWE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (N) In the Matter of the Claim of SAMUEL ZIMMERMAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (O) EVELYN A. SAUL, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent. (P) WILLIAM GINGERESKY, Plaintiff, v. GIFFORD-WOOD COMPANY et al., Defendants. GENERAL ERECTORS, INC., Defendant and Third-Party Plaintiff, v. BEHR-MANNING COMPANY, Third-Party Defendant. (Q) WILLIAM GINGERESKY, Plaintiff, v. GIFFORD-WOOD COMPANY et al., Defendants. GIFFORD-WOOD COMPANY, Defendant and Third-Party Plaintiff, v. NORTON COMPANY, Third-Party Defendant. (R) In the Matter of CHARLES MAGARACI, Respondent, v. SARAH G. MAGARACI, Appellant. (S) NATIONAL BANK AND TRUST COMPANY OF NORWICH, Respondent, v. MORRIS NEWMARK, Appellant, et al., Defendants. (T) MORRIS NEWMARK, as Trustee, Appellant, v. NATIONAL BANK AND TRUST COMPANY OF NORWICH et al., Respondents, et al., Defendants. (U) VINCENT J. GAFFNEY, Plaintiff, v. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Defendant. (V) SHERMAN B. KENT et al., Respondents, v. PATRICIA GROPPUSO et al., Doing Business as P. AND M. MANUFACTURING CO., et al., Appellants. (W) CLARITA NABOZNY, Respondent, v. WILLIAM J. RAULEN, Appellant.— [In each action] Appeal[s] dismissed, without costs, unless appellant[s] shall file and serve record, brief and note of issue on or before February 13, 1961 and is [are] ready for argument at the term to commence March 13, 1961, in which event the motion is denied.